| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Janine Shannon Abeyta | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/04/2025    Janine Shannon Abeyta    /s/ Janine S. Abeyta
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 4XQ | 055020 | 803400 | | 0000500925 | 1 |

# Earnings Statement



FLOYD'S 99 BARBERSHOPS INC
7900 EAST BERRY PLACE,
GREENWOOD VILLAGE, CO 80111

Period Beginning: 11/25/2024
Period Ending: 12/08/2024
Pay Date: 12/13/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JANINE S ABEYTA
22501 CHASE 1104
ALISO VIEJO CA 92656

Social Security Number: XXX-XX-2162

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 63.90 | 1,086.30 | 19,735.81 |
| Tips | | | 485.39 | 8,711.99 |
| Overtime | | | | 13.06 |
| Prod Incentive | | | | 54.80 |
| Serv Incentive | | | | 238.95 |
| Shop Training | | | | 17.00 |
| Sick | | | | 485.93 |
| **Gross Pay** | | | **$1,571.69** | 29,570.47 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.07 | 1,440.71 |
| | Social Security Tax | -97.45 | 1,833.37 |
| | Medicare Tax | -22.79 | 428.77 |
| | CA State Income Tax | -10.59 | 105.74 |
| | CA SDI Tax | -17.29 | 325.28 |
| | Other | | |
| | Tips | -485.39 | 8,711.99 |
| | **Net Pay** | **$845.11** | |
| | Checking 1 | -845.11 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 10.50 | |
| Total Earnings | 1,571.69 | 29,570.47 |
| Total Hours | 63.90 | 1,207.94 |
| Total Rate Paid | 41.84 | 748.76 |
| Vacation | 19.28 | |
| Totl Hrs Worked | 63.90 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Single
Exemptions/Allowances:
  CA: 1(Head of Household)

Your federal taxable wages this period are
$1,571.69

FLOYD'S 99 BARBERSHOPS INC
7900 EAST BERRY PLACE,
GREENWOOD VILLAGE, CO 80111

Advice number: 00000500925
Pay date: 12/13/2024

Deposited to the account of
JANINE S ABEYTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1707 | xxxx xxxx | $845.11 |



NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 4XQ | 055020 | 803400 | | 0000520932 | 1 |

# Earnings Statement



FLOYD'S 99 BARBERSHOPS INC
7900 EAST BERRY PLACE,
GREENWOOD VILLAGE, CO 80111

Period Beginning: 12/09/2024
Period Ending: 12/22/2024
Pay Date: 12/27/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

JANINE S ABEYTA
22501 CHASE 1104
ALISO VIEJO CA 92656

Social Security Number: XXX-XX-2162

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 70.18 | 1,193.06 | 20,928.87 |
| Prod Incentive | | | 17.55 | 72.35 |
| Serv Incentive | | | 0.09 | 239.04 |
| Tips | | | 672.94 | 9,384.93 |
| Overtime | | | | 13.06 |
| Shop Training | | | | 17.00 |
| Sick | | | | 485.93 |
| **Gross Pay** | | | **$1,883.64** | 31,454.11 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 13.50 | |
| Total Earnings | 1,883.64 | 31,454.11 |
| Total Hours | 70.18 | 1,278.12 |
| Total Rate Paid | 26.59 | 775.35 |
| Vacation | 21.95 | |
| Totl Hrs Worked | 70.18 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 1(Head of Household)

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -132.27 | 1,572.98 |
| Social Security Tax | | -116.78 | 1,950.15 |
| Medicare Tax | | -27.31 | 456.08 |
| CA State Income Tax | | -18.23 | 123.97 |
| CA SDI Tax | | -20.72 | 346.00 |
| **Other** | | | |
| Tips | | -672.94 | 9,384.93 |
| **Net Pay** | | **$895.39** | |
| Checking 1 | | -895.39 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,883.64

FLOYD'S 99 BARBERSHOPS INC
7900 EAST BERRY PLACE,
GREENWOOD VILLAGE, CO 80111

Advice number: 00000520932
Pay date: 12/27/2024

Deposited to the account of
JANINE S ABEYTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1707 | xxxx xxxx | $895.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 4XQ | 055020 | 803400 | | 0000020921 | 1 |

# Earnings Statement 

FLOYD'S 99 BARBERSHOPS   INC
7900 EAST BERRY PLACE,
GREENWOOD   VILLAGE, CO 80111

Period Beginning:   12/23/2024
Period Ending:      01/05/2025
Pay Date:           01/10/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JANINE  S  ABEYTA
22501  CHASE  1104
ALISO  VIEJO  CA  92656

Social Security Number:  XXX-XX-2162

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 61.15 | 1,039.55 | 1,039.55 |
| Sick | 17.2500 | 4.00 | 69.00 | 69.00 |
| Tips | | | 631.42 | 631.42 |
| **Gross Pay** | | | **$1,739.97** | 1,739.97 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -111.15 | 111.15 |
| | Social Security Tax | -107.88 | 107.88 |
| | Medicare Tax | -25.23 | 25.23 |
| | CA State Income Tax | -13.49 | 13.49 |
| | CA SDI Tax | -20.88 | 20.88 |
| | Other | | |
| | Tips | -631.42 | 631.42 |
| **Net Pay** | | **$829.92** | |
| | Checking 1 | -829.92 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 11.50 | |
| Total Earnings | 1,739.97 | 1,739.97 |
| Total Hours | 65.15 | 65.15 |
| Total Rate Paid | 26.71 | 26.71 |
| Vacation | 24.27 | |
| Totl Hrs Worked | 61.15 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:           Single
Exemptions/Allowances:
  CA:           1(Head of Household)

Your federal taxable wages this period are
$1,739.97



FLOYD'S 99 BARBERSHOPS  INC
7900 EAST BERRY PLACE,
GREENWOOD  VILLAGE, CO 80111

Advice number:   00000020921
Pay date:        01/10/2025

Deposited to the account of
JANINE  S  ABEYTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1707 | xxxx xxxx | $829.92 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| 4XQ | 055020 | 803400 | | 0000040910 | 1 |

**Earnings Statement** 

FLOYD'S 99 BARBERSHOPS  INC
7900 EAST BERRY PLACE,
GREENWOOD  VILLAGE, CO 80111

Period Beginning:   01/06/2025
Period Ending:      01/19/2025
Pay Date:           01/24/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JANINE  S  ABEYTA
22501  CHASE 1104
ALISO VIEJO CA 92656

Social Security Number:  XXX-XX-2162

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 57.54 | 978.18 | 2,017.73 |
| Overtime | 25.5000 | .10 | 2.55 | 2.55 |
| CA PayPenalty | 17.0000 | 1.00 | 17.00 | |
| Sick | 17.0000 | 7.50 | 127.50 | 196.50 |
| Tips | | | 559.29 | 1,190.71 |
| **Gross Pay** | | | **$1,684.52** | 3,424.49 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Available | 6.00 | |
| Total Earnings | 1,684.52 | 3,424.49 |
| Total Hours | 66.14 | 131.29 |
| Total Rate Paid | 25.47 | 52.18 |
| Vacation | 26.45 | |
| Totl Hrs Worked | 57.64 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -104.50 | 215.65 |
| Social Security Tax | -104.44 | 212.32 |
| Medicare Tax | -24.43 | 49.66 |
| CA State Income Tax | -12.27 | 25.76 |
| CA SDI Tax | -20.21 | 41.09 |

Other
| | | |
|---|---|---|
| Tips | -559.29 | 1,190.71 |

| **Net Pay** | | **$859.38** |
|---|---|---|
| Checking 1 | | -859.38 |
| **Net Check** | | **$0.00** |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:          Single
Exemptions/Allowances:
  CA:          1(Head of Household)

Your federal taxable wages this period are
$1,684.52



FLOYD'S 99 BARBERSHOPS  INC
7900 EAST BERRY PLACE,
GREENWOOD  VILLAGE, CO 80111

Advice number:   00000040910
Pay date:        01/24/2025

Deposited to the account of
JANINE  S  ABEYTA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1707 | xxxx  xxxx | $859.38 |

**NON-NEGOTIABLE**