United States Bankruptcy Court

Central District of California

In re:                                                                                  Case No. 25-10325-TA

Janine Shannon Abeyta                                                                    Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                        User: admin                                        Page 1 of 2

Date Rcvd: May 12, 2025                     Form ID: 318a                                Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janine Shannon Abeyta, 22501 Chase 1104, Aliso Viejo, CA 92656-6095 |
| 42329470 | | GRT Financial, 26711 Northwestern Hwy Ste 375, Southfield, MI 48033-2139 |
| 42329472 | + | Sola Salon, 300 Union Blvd, Suite 600, Lakewood, CO 80228-1554 |
| 42329475 | | Zions First National Bank, 7860 S Bingham Junction Blvd, Midvale, UT 84047-4751 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTHCASEY.COM | May 13 2025 04:38:00 | Thomas H Casey (TR), 26400 La Alameda, Suite 210, Mission Viejo, CA 92691-8578 |
| smg | | EDI: EDD.COM | May 13 2025 04:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 13 2025 04:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42329464 | | EDI: TSYS2 | May 13 2025 04:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42329465 | | EDI: CAPITALONE.COM | May 13 2025 04:32:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42329466 | | EDI: JPMORGANCHASE | May 13 2025 04:32:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42329467 | | EDI: CITICORP | May 13 2025 04:32:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42329468 | | EDI: DISCOVER | May 13 2025 04:32:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42329471 | + | Email/Text: bankruptcy@redrocks.org | May 13 2025 00:59:00 | Red Rocks Credit Union, 8195 SouthPark Lane, Littleton, CO 80120-4520 |
| 42329473 | + | Email/Text: bankruptcydepartment@tsico.com | May 13 2025 01:03:00 | Transworld Systems Inc, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 42329469 | | EDI: USBANKARS.COM | May 13 2025 04:38:00 | Elan Financial Services, Po Box 790408, Saint Louis, MO 63179-0408 |
| 42329474 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 13 2025 01:25:51 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0973-8                     User: admin                          Page 2 of 2
Date Rcvd: May 12, 2025                  Form ID: 318a                        Total Noticed: 16

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Janine Shannon Abeyta bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com  thc@trustesolutions.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Janine Shannon Abeyta** | Social Security number or ITIN    xxx–xx–2162 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN    _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 8:25–bk–10325–TA | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Janine Shannon Abeyta

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/12/25

**Dated:** 5/12/25

By the court:    Theodor Albert
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**